**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JAVON DUSTIN MARSH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 4:25-cv-01739-HEA |
| | ) | |
| JACOB SMITH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**OPINION, MEMORANDUM AND ORDER**

This matter is before the Court on the Missouri Department of Corrections' filing of the last known address for Defendant Jacob Smith. *See* Doc. 15 (under seal). Because Plaintiff Javon Dustin Marsh is proceeding *in forma pauperis*, the Court will direct the Clerk of Court to effectuate service of process through the United States Marshal's Office, using the addresses provided in docket number 15. *See* Fed. R. Civ. P. 4(c)(3). A copy of the summons and return of summons shall be filed under seal and *ex parte*.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall effectuate service of process via the United States Marshal's Office upon Defendant Jacob Smith in his individual capacity at the addresses provided in docket number 15.

**IT IS FURTHER ORDERED** that a copy of the summons and the return of summons shall be filed under seal and *ex parte*.

Dated this 19th day of August, 2026.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE